JOHN C. COUGHENOUR
United States District Court Judge

MARY ALICE THEILER
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

CHRISTOPHER C. ALLEN,

        Plaintiff,

  vs.

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration

        Defendant.

**No. 11-CV-01924-JCC-MAT**

**AGREED ORDER TO AMEND BRIEFING SCHEDULE**

**ORDER**

This matter having come on before the undersigned upon a motion by the Plaintiff showing good cause for the request to modify the current briefing schedule by approximately fourteen days (14) to allow sufficient time for the Plaintiff's counsel to prepare an opening brief upon the conclusion of two jury trials and the Defendant having agreed to the entry of this order, it is hereby **ORDERED** that:

    **1.**    The Briefing Schedule is amended so that the Plaintiff's Opening Brief shall be filed March 20, 2012, the time for filing of the Defendant's Response Brief shall be April 17, 2012, and the time for the filing of the Plaintiff's Reply Brief shall be May 1, 2012.

//

**ORDER CONTINUING BRIEFING SCHEDULE, 11-cv-01924-JCC-MAT – 1**
C:\Users\gburnopp\AppData\Local\Temp\notesA314A6\ExtensionAgrdOrd.doc

LAW OFFICES
TARUTIS & BARRON, P.S.
NORTHGAGE OFFICE BUILDING
9750 THIRD AVENUE NE, SUITE 375
SEATTLE, WA 98115
PH: 206-223-1515 – FAX: 206-223-1325

*2.* No further extensions for Plaintiff's counsel will be allowed.

DATED this <u>16th</u> day of February, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

**ORDER CONTINUING BRIEFING SCHEDULE,
11-cv-01924-JCC-MAT – 2**
C:\Users\gburnopp\AppData\Local\Temp\notesA314A6\ExtensionAgrdOrd.doc

LAW OFFICES
TARUTIS & BARRON, P.S.
NORTHGAGE OFFICE BUILDING
9750 THIRD AVENUE NE, SUITE 375
SEATTLE, WA  98115
PH: 206-223-1515 – FAX: 206-223-1325