UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CHRISTOPHER C. ALLEN, | Civil No. C11-1924-JCC-MAT |
| Plaintiff, | |
| vs. | ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including May 18, 2012, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including June 1, 2012, to file a reply brief.

This is the second stipulation for extension filed by the parties, one by plaintiff and this one by defendant. **No additional extensions will be granted absent extraordinary circumstances.**

Page 1      ORDER - [C11-1924-JCC-MAT]

DATED this 18th day of April, 2012.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Kathryn A. Miller
KATHRYN A. MILLER
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2240
Fax: (206) 615-2531
kathryn.a.miller@ssa.gov