UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER C. ALLEN, )
) CASE NO. C11-1924-JCC-MAT
Plaintiff, )
)
v. )
) REPORT AND RECOMMENDATION
MICHAEL ASTRUE, )
Commissioner of Social Security, )
)
Defendant. )
_____ )

Plaintiff brought this action to seek judicial review of the denial of his application for Disability Insurance Benefits by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 21.)

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) provide plaintiff with an opportunity for a de novo hearing; (2) further evaluate and develop the record to include the Veterans Administration (VA) disability rating report(s); (3) reevaluate the medical opinions of

REPORT AND RECOMMENDATION
PAGE -1

record, including the opinion of James Taki, M.D.; (4) further consider plaintiff's residual functional capacity; and (5) if necessary, obtain vocational expert testimony at step 5 of the sequential evaluation process. Plaintiff may also present new arguments and further medical evidence, if such evidence becomes available. Additionally, upon proper application, the Court will consider plaintiff's application for attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920.

Given the above, the Court recommends that United States District John C. Coughenour immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this <u>1st</u> day of May, 2012.

Mary Alice Theiler
United States Magistrate Judge