UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER C. ALLEN,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br><br>Defendant. | CASE NO. C11-1924-JCC<br><br>ORDER |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. No. 21.) The Court therefore ORDERS as follows:

(1) The Court adopts the Report and Recommendation;

(2) The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3) The Clerk shall send copies of this Order to all counsel and to Judge Theiler.

DATED this 7th day of May 2012.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE